St. Locher Med., P.C. v GEICO Indem. Co. (2021 NY Slip Op 50834(U))

[*1]

St. Locher Med., P.C. v GEICO Indem. Co.

2021 NY Slip Op 50834(U) [72 Misc 3d 140(A)]

Decided on August 20, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on August 20, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, DAVID ELLIOT, JJ

2019-1393 K C

St. Locher Medical, P.C., as Assignee of
Brenda Hill, Respondent, 
against
GEICO Indemnity Company, Appellant. 

Law Office of Goldstein, Flecker & Hopkins (Lawrence J. Chanice of counsel), for
appellant.
Kopelevich & Feldsherova, P.C., for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Robin S.
Garson, J.), entered June 26, 2019. The order denied defendant's motion to dismiss the complaint
pursuant to CPLR 3216.

ORDERED that the order is reversed, with $30 costs, and defendant's motion to dismiss the
complaint pursuant to CPLR 3216 is granted.
In August 2013, plaintiff commenced this action to recover assigned first-party no-fault
benefits. Defendant interposed an answer in September 2013. In April 2017, defendant served a
90-day written demand pursuant to CPLR 3216 (b) (3). On July 12, 2018, defendant moved,
pursuant to CPLR 3216, to dismiss the complaint for want of prosecution. In opposition to the
motion, plaintiff's counsel's calendar clerk submitted an affidavit wherein he stated that a notice
of trial had been served upon defendant but it had not been filed with the court due to law office
failure and that plaintiff had a meritorious cause of action. By order entered June 26, 2019, the
Civil Court denied defendant's motion, stating "[d]efendant was free to file the Notice of Trial it
received or to have filed its own Notice of Trial at any juncture in this action."
For the reasons stated in Silver Acupuncture, P.C., as Assignee of Lamecca Anderson v
GEICO General Ins. Co. (___ Misc 3d ___, 2021 NY Slip Op _____ [appeal No. 2019-1392
K C], decided herewith), the order is reversed and defendant's motion to dismiss the complaint
pursuant to CPLR 3216 is granted.
ALIOTTA, P.J., WESTON and ELLIOT, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 20, 2021